**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

CONIE TAYLOR,

               Plaintiff,

v.                                                                  Case No. 19-13276

CITY OF EASTPOINTE, et al.,

               Defendants.

_____/

## ORDER EXTENDING PLAINTIFF'S DEADLINE TO FILE RESPONSES

Before the court are two Motions for Summary Judgment filed by Defendant City of Eastpointe (ECF No. 28) and Defendant Macomb County. (ECF No. 31.) Defendants filed these motions on September 23, 2021, and September 30, 2021, respectively. Generally, a party must file a response to a dispositive motion within 21 days after service of the motion. E.D. Mich. L.R. 7.1(e)(2)(A).

On October 18, 2021, the parties stipulated that Plaintiff would be permitted extra time to file his responses; the court accepted the stipulation and extended the deadline to October 28, 2021. (ECF No. 32.) The deadline passed, and on November 2, 2021, the court granted Plaintiff's request for an extension of the deadline. Plaintiff was required to file his responses by November 11, 2021.

On November 18, 2021, Plaintiff filed a motion for an extension of time to file his responses. (ECF No. 33.) In the motion, Plaintiff's counsel indicated he experienced problems with his computer, staffing, and scheduling. The court granted Plaintiff's motion and provided Plaintiff with an additional seven weeks to file, requiring his responses by January 6, 2022.

Plaintiff's counsel contacted the court on January 6, 2022, and again requested an extension of time. The court granted the request and set a new deadline for January 20, 2022. On the day the responses were due, Plaintiff requested an additional four days to file them. The court extended the deadline until January 24, 2022.

On January 25, 2022, via phone call, Plaintiff asked that the court grant additional time to file responses to Defendants' motions for summary judgment for a sixth time. Given the unusually lengthy history of deadline changes, the court perceives no obligation to grant the request. However, the court will grant one **final** extension of seven days, concluding on February 2, 2022.  Accordingly,

IT IS ORDERED that Plaintiff shall file any responses to Defendant City of Eastpointe's and Defendant Macomb County's Motions for Summary Judgment (ECF No. 28, 31) not later than **5:00 p.m., February 2, 2022**. No further extensions will be granted. If no response is submitted by such date, the court will proceed to review Defendants' motions as unopposed. Upon service of the responses upon Defendants, Defendants shall have 28 days to file reply briefs if they so choose.

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 26, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 26, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6525