**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

CONIE TAYLOR,

        Plaintiff,

v.                                                       Case No. 19-13276

CITY OF EASTPOINTE, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motions for Summary Judgment," entered on April 25, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants City of Eastpointe and Macomb County and against Plaintiff Conie Taylor.

Dated at Port Huron, Michigan, April 25, 2022.

                                                    KINIKIA ESSIX
                                                    CLERK OF THE COURT

                                                    By: <u>s/Lisa Wagner</u>
                                                    Lisa Wagner, Case Manager
                                                    to Judge Robert H. Cleland

S:\Cleland\Cleland\MAZ\Civil\19-13276.TAYLOR.Judgment.MAZ.docx